1  Stuart B. Wolfe (SBN 156471)
   *sbwolfe@wolfewyman.com*
2  Samantha N. Lamm (SBN 203094)
   *snlamm@wolfewyman.com*
3  WOLFE & WYMAN LLP
   2301 Dupont Drive, Suite 300
4  Irvine, CA 92612-7531
   Telephone:  (949) 475-9200
5  Facsimile:   (949) 475-9203

6  Attorneys for Defendants
   CITIMORTGAGE, INC. AND FEDERAL NATIONAL MORTGAGE
7  ASSOCIATION

8                UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  SANDRA LEGLIU, as successor in interest,  | Case No.: EDCV13-1726 JAK(SPx)

        Plaintiff,                            | Superior Court Case No.: CIVDS1310165
12

13  v.                                        | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER**
    CITIMORTGAGE, INC., QUALITY
14  LOAN SERVICE CORPORATION;
    FEDERAL NATIONAL MORTGAGE
15  ASSOCIATION; and DOES 1 through
    10, inclusive,
16
        Defendants.
17

18

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; PROPOSED ORDER  13 CV 1726

1496389.1

Plaintiff SANDRA LEGLIU and Defendants CITIMORTGAGE, INC. and FEDERAL NATIONAL MORTGAGE ASSOCIATION by and through their counsel of record, hereby stipulate to extend the deadline to respond to Plaintiff's Complaint by two weeks so that Defendants shall have up to and including October 15, 2013 to file a response to the Complaint.

IT IS SO STIPULATED.

DATED:  September 27, 2013

WOLFE & WYMAN LLP

By: _____
STUART B. WOLFE
SAMANTHA N. LAMM
Attorneys for Defendants
**CITIMORTGAGE, INC. AND FEDERAL NATIONAL MORTGAGE ASSOCIATION**

DATED:  September __, 2013

SAUNDERS LAW GROUP, LTD

By: _____
GARY SAUNDERS
NATHAN MUBASHER
Attorneys for Plaintiff
**SANDRA LEGLIU**

## PROPOSED ORDER

The court, having reviewed the stipulation to extend the time to file a response to Plaintiff's Complaint, and good cause appearing therefor, orders that the deadline for Defendants CITIMORTGAGE, INC. and FEDERAL NATIONAL MORTGAGE ASSOCIATION to file a response to Plaintiff SANDRA LEGLIU's Complaint is extended and will be due by October 15, 2013.

DATED: _____        _____

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; PROPOSED ORDER   13 CV 1726

1496389.1

1  Plaintiff SANDRA LEGLIU and Defendants CITIMORTGAGE, INC. and

2  FEDERAL NATIONAL MORTGAGE ASSOCIATION by and through their counsel

3  of record, hereby stipulate to extend the deadline to respond to Plaintiff's Complaint

4  by two weeks so that Defendants shall have up to and including October 15, 2013 to

5  file a response to the Complaint.

6      IT IS SO STIPULATED.

7  DATED:  September __, 2013        WOLFE & WYMAN LLP

8

9                                  By:_____

10                                    STUART B. WOLFE
                                   SAMANTHA N. LAMM

11                                    Attorneys for Defendants
                                   **CITIMORTGAGE, INC. AND FEDERAL**

12                                    **NATIONAL MORTGAGE
                                   ASSOCIATION**

13 DATED:  September 27, 2013        SAUNDERS LAW GROUP, LTD

14

15                                    By: _____

16                                      GARY SAUNDERS

17                                    NATHAN MUBASHER
                                   Attorneys for Plaintiff

18                                    **SANDRA LEGLIU**

19                               **PROPOSED ORDER**

20     The court, having reviewed the stipulation to extend the time to file a response

21 to Plaintiff's Complaint, and good cause appearing therefor, orders that the deadline

22 for Defendants CITIMORTGAGE, INC. and FEDERAL NATIONAL MORTGAGE

23 ASSOCIATION to file a response to Plaintiff SANDRA LEGLIU's Complaint is

24 extended and will be due by October 15, 2013.

25

26 DATED: _____    _____

27

28

                                                2
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; PROPOSED ORDER  13 CV 1726**

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

1496389.1

PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2301 Dupont Drive, Suite 300, Irvine, California 92612.

On September 27, 2013, I served the document(s) described as **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER** on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as stated on the ATTACHED SERVICE LIST.

☒ **BY MAIL**: as follows:

☐ **STATE** - I am "readily familiar" with Wolfe & Wyman LLP's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☒ **FEDERAL** – I deposited such envelope in the U.S. Mail at Irvine, California, with postage thereon fully prepaid.

☒ **BY ELECTRONIC ACCESS** Pursuant to Electronic Filing Court Order, I hereby certify that the above document(s) was uploaded to the Central District Court website and will be posted on the website by the close of the next business day and the webmaster will give e-mail notification to all parties.

☐ **BY CERTIFIED MAIL** as follows: I am "readily familiar" with Wolfe & Wyman LLP's practice for the collection and processing of correspondence for mailing with the United States Postal Service; such envelope will be deposited with the United States Postal Service on the above date in the ordinary course of business at the business address shown above; and such envelope was placed for collection and mailing, by Certified United States Mail, Return Receipt Requested, on the above date according to Wolfe & Wyman LLP's ordinary business practice.

☐ **BY FACSIMILE** as follows: I caused such documents to be transmitted to the telephone number of the addressee listed on the attached service list, by use of facsimile machine telephone number. The facsimile machine used complied with California Rules of Court, Rule 2004 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), a transmission record of the transmission was printed.

☐ **STATE** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **FEDERAL** I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

Executed on September 27, 2013, at Irvine, California.

_____
Aracely Orizaba

1480562.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SERVICE LIST**
San Bernardino Superior Court – Central - Case No. CIVDS1310165
Legliu v. CMI
W&W File No. 1133-1240
[Revised: September 13, 2013]

Gary Saunders, Esq.
Nathan Mubasher, Esq.
SAUNDERS LAW GROUP, LTD
1891 California Avenue, Suite 102
Corona, CA  92881

Attorneys for Plaintiff SANDRA LEGLIU

T: (951) 272-9114
F: (951) 270-5250

nathan@saunderslawoffice.com

1480562.1