# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA LEGLIU, as successor in interest,<br><br>Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC., QUALITY LOAN SERVICE CORPORATION; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: EDCV13-1726 JAK(SPx)<br><br>Superior Court Case No.: CIVDS1310165<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE**  JS-6 |

Pursuant to the parties' Stipulation of Dismissal pursuant to FRCP 41(a)(1)(A)(ii) on December 2, 2013, IT IS HEREBY ORDERED that Defendants CITIMORTGAGE, INC. AND FEDERAL NATIONAL MORTGAGE ASSOCIATION are hereby dismissed with prejudice. The Court expressly retains jurisdiction to enforce the terms of the settlement agreement. (*Kokkonen v. Guardian Life Ins. Co. of America*, 511 US 375, 381, 114 S.Ct. 1673, 1677 (1994).)

IT IS SO ORDERED.

DATED: December 9, 2013

_____
Honorable John A. Krondstadt
United States District Court Judge